IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINO RAMOS,** | NO. 2:06-cv-00974-FCD-CMK |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **TOM L. CAREY, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time to sixty days to file his response to the petition for writ of habeas corpus, up to and including August 22, 2006.

June 26, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

SA2006301825
06cv0974 Ramos ext to file resp.wpd