IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINO RAMOS,

    Petitioner,               No. CIV S-06-0974 FCD CMK P

    vs.

TOM L. CAREY, et al.,

    Respondents.

_____/    <u>ORDER</u>

        On June 27, 2006, an order was filed granting respondents' motion for an extension of time to file a response to petitioner's application for a writ of habeas corpus until August 22, 2006. To date respondents have not filed a response in this case.

        Accordingly, IT IS ORDERED that, within ten days from the date that this order is filed, respondents shall show cause, in writing, why a response has not been filed. The filing of a response will be considered an appropriate response to the order to show cause.

DATED:  August 28, 2006.

                                                                                              **CRAIG M. KELLISON**
                                                                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26