IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINO RAMOS,

    Petitioner,                        No. CIV S-06-0974 FCD CMK

    vs.

TOM L. CAREY, et al.,

    Respondents.

_____/      <u>ORDER</u>

        On August 28, 2006, the court ordered respondents to show cause why a response had not been filed. The court advised that filing a response would serve as an appropriate response to the order to show cause. On September 7, 2006, respondents filed an answer.

        Accordingly, IT IS ORDERED that the August 28, 2006 order to show cause is discharged.

DATED: September 21, 2006.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE