IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINO RAMOS,

    Petitioner,                    No. CIV S-06-0974 FCD CMK P

    vs.

TOM L. CAREY, et al.,

    Respondents.

_____/    ORDER

    Good cause appearing, petitioner is granted an extension of time until and including November 10, 2006 to file his traverse.

    IT IS SO ORDERED.

DATED: September 28, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE