# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LINO RAMOS,                                    No. CIV S-06-0974-FCD-CMK-P

        Petitioner,

   vs.                                              ORDER

TOM L. CAREY, et al.,

        Respondents.

_____/

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 35).

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. See Fed. R. App. P.

1

1 | 22(b); but see Woods v. Carey, 525 F.3d 886 (9th Cir. 2008) (citing White v. Lambert, 370 F.3d
2 | 1002, 1010 (9th Cir. 2004), and suggesting that a certificate of appealability is not required in
3 | cases where petitioner challenges the denial of parole). For the reasons set forth in the
4 | Magistrate Judge's August 7, 2009, findings and recommendations, petitioner has not made a
5 | substantial showing of the denial of a constitutional right.
6 |       Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
7 | of appealability (Doc. 35) is denied.
8 | DATED: February 1, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE